# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAVALLEE, Individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>DERMALOGICA, LLC and CONOPCO, INC. d/b/a UNILEVER,<br><br>**Defendants.** | Case No.:  8:25-cv-01013-DOC-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [26]**<br><br>HON. DAVID O. CARTER |

The stipulated request of plaintiff Steven Lavallee ("Plaintiff") and defendants Dermalogica, LLC and Conopco, Inc. and d/b/a Unilever, ("Defendants") (together, the "Parties"), for dismissal of Plaintiff's individual claims against Defendant *with prejudice* and dismissal of the claims of the putative class members against Defendant *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby **GRANTED**.

The Parties shall each bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 27, 2025

*[signature: David O. Carter]*

Hon. David O. Carter
United States District Judge